UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| NORTHERN VIRGINIA FOOT & ANKLE ASSOCIATES, LLC *et al.*, | )<br>)<br>) Civil Action No: _____ |
| PLAINTIFFS | ) |
| v. | ) |
| PENTAGON FEDERAL CREDIT UNION, *et al.*, | ) |
| DEFENDANTS. | ) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Pentagon Federal Credit Union, with full reservation of any and all defenses, objections, and exceptions, including but not limited to objections to service, venue, jurisdiction, and statute of limitations, hereby removes the above-captioned action from the Circuit Court for Montgomery County, Maryland, to the United States District Court, District of Maryland, Southern Division. In support of removal, Defendant states as follows:

### I. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

1. Plaintiffs commenced this action by filing their Complaint in the Circuit Court for Montgomery County, on June 15, 2010.

2. The Office of the Clerk for the Circuit Court for Montgomery County, Maryland assigned this matter the case number 333725-V.

3. On June 15, 2010, Pentagon Federal Credit Union and its undersigned counsel received a copy of the Summons and Complaint via electronic mail from Plaintiffs' counsel, Gregory S. Winton of Rockville, Maryland.

4. Based upon information and belief, Pentagon Federal Credit Union has not been formally served with the Summons and Complaint.

5. To Pentagon Federal Credit Union's knowledge, defendant Lydia D. McCaskill also has not been served with the Summons and Complaint.

6. Because defendant Lydia D. McCaskill has not been served, Pentagon Federal Credit Union is not required to obtain and has not obtained Ms. McCaskill's consent to this notice of removal.

7. No defendant in this action has filed any answer or response to the Complaint.

8. As required by 28 U.S.C. § 1446(a) and the U.S. District Court for the District of Maryland Rule 103(5)(a), a copy of all process, pleadings, documents, and orders provided to Defendant Pentagon Federal Credit Union is attached hereto as Exhibit A.

9. This Notice of Removal is properly filed in this Court pursuant to 28 U.S.C. § 1446(a), as this Court is the federal district court embracing the Circuit Court for Montgomery County, Maryland, where Plaintiffs' Complaint is pending. *See* 28 U.S.C. § 100.

10. Plaintiffs have not served the Summons and Complaint on Defendant Pentagon Federal Credit Union and thus, this Notice of Removal is timely under 28 U.S.C. § 1446(b), as it is filed no later than 30 days after the receipt of the Summons and Complaint by the Pentagon Federal Credit Union.

11. Pursuant to 28 U.S.C. § 1446(d), Pentagon Federal Credit Union is concurrently filing a written notice of this removal with the clerk of the Circuit Court for Montgomery County, Maryland, where Plaintiffs' Complaint is pending.

12. Copies of this Notice of Removal and the written notice of same provided to the state court are also being served upon Plaintiffs' counsel in accordance with 28 U.S.C. § 1446(d).

## II. THIS COURT HAS DIVERSITY JURISDICTION

13. As will be shown more fully below, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000, and there is complete diversity of citizenship between Plaintiffs and Defendants. Thus, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

### A. The Amount-In-Controversy Requirement Is Satisfied

14. In their Complaint, Plaintiffs have alleged that at least $400,000 is in controversy, and therefore, the amount-in-controversy requirement of 28 U.S.C. § 1332(a) has been met. (*See, e.g.,* Compl. at 5.)

### B. The Parties Are Completely Diverse

15. Plaintiff Northern Virginia Foot & Ankle Associates, LLC, has its principal place of business in the State of Maryland since it is located in the State of Maryland at 14440 Cherry Lane Court, #104, Laurel, Maryland 20707, and the Plaintiff states in the Complaint that its principal place of business is in the State of Maryland. (*See* Compl. ¶ 1.)

16. Plaintiff Dr. Michael Klein, who is a member of the Northern Virginia Foot & Ankle Associates, LLC, is a resident of Maryland. (*See* Compl. ¶ 2.) Dr. Klein is employed with Northern Virginia Foot & Ankle Associates, LLC, whose office, as stated in Paragraph 15, is located in the State of Maryland. Furthermore, Dr. Klein alleges injuries that occurred in the State of Maryland at the same Northern Virginia Foot & Ankle Associates, LLC. Dr. Klein therefore is a citizen of the State of Maryland. *See, e.g., Molnar-Szilasi v. Sears Roebuck & Co.*, 429 F. Supp. 2d 728, 731 (D. Md. 2006).

17. Plaintiff Dr. Francis Smith, who is a member of the Northern Virginia Foot & Ankle Associates, LLC, is also a resident of Maryland. (*See* Compl. ¶ 3.) Dr. Smith is employed with Northern Virginia Foot & Ankle Associates, LLC, whose office, as stated in Paragraph 15, is located in the State of Maryland. Furthermore, Dr. Smith alleges injuries that occurred in the State of Maryland at the same Northern Virginia Foot & Ankle Associates, LLC. Dr. Smith therefore is a citizen of the State of Maryland. *See, e.g., Molnar-Szilasi*, 429 F. Supp. 2d at 731.

18. Plaintiff Northern Virginia Foot & Ankle Associates, LLC was formed in the Commonwealth of Virginia as a limited liability company ("LLC") and, as an LLC, is a citizen of the state of which its members are citizens. *See, e.g., Carden v. Arkoma Assoc.*, 494 U.S. 185, 195-96 (1990); *Haak Motors LLC, et al., v. Arangio, et. al.*, 670 F. Supp. 2d 430, 432, n.1 (D. Md. 2009); *JBG/JER Shady Grove, LLC v. Eastman Kodak Co.*, 127 F. Supp. 2d 700, 701 (D. Md. 2001). Therefore, Northern Virginia Foot & Ankle Associates, LLC, has the same citizenship as its members, plaintiff Dr. Klein and plaintiff Dr. Smith, and thus is a citizen of Maryland. Plaintiffs Drs. Klein and Smith are both residents and citizens of the State of Maryland, as each of them state in the Complaint. (Compl. ¶¶ 2-3.)

19. Defendant Pentagon Federal Credit Union is organized and established under the federal laws governing federally-chartered credit unions, the Federal Credit Union Act, 12 U.S.C. §§ 1751-1795k.

20. Defendant Pentagon Federal Credit Union is headquartered in Alexandria, Virginia. While Pentagon Federal Credit Union has a branch in Maryland, its principal place of business is in the Commonwealth of Virginia. As held by the United States Supreme Court, a corporation's principal place of business is where its "nerve center" – or its headquarters – is located. *See Hertz Corp. v.*

*Friend*, 130 S. Ct. 1181, 1193-94 (2010). As recognized by Plaintiffs in their Complaint, Pentagon Federal Credit Union's headquarters is in Virginia. Therefore, Pentagon Federal Credit Union is a citizen of Virginia. *See* 28 U.S.C. § 1332(c)(1).

21. Defendant Lydia D. McCaskill is a resident and citizen of the Commonwealth of Virginia. (*See* Compl. ¶ 6.)

WHEREFORE, Defendant Pentagon Federal Credit Union respectfully removes this action from the Circuit Court for Montgomery County, Maryland, to the United States District Court, District of Maryland, Southern Division pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Should any question arise as to the propriety of this removal, Defendant Pentagon Federal Credit Union respectfully requests an opportunity to provide this Court with briefing and oral argument.

Dated: June 18, 2010

Respectfully submitted,

_____
Jared S. Wiesner, Esq. (USDC of MD #17217)
HOLLINGSWORTH LLP
1350 I Street NW
Washington, DC 20005
(202) 898-5800

*Attorneys for Defendant Pentagon Federal Credit Union*

*Of Counsel:*
William J. Cople, III, Esq.
Jacqueline J. Chan, Esq.
 HOLLINGSWORTH LLP
 1350 I Street NW
 Washington, DC 20005
 (202) 898-5800

*Attorneys for Defendant Pentagon Federal Credit Union*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Removal has been served upon the following counsel for parties in interest herein by delivering same to the offices of said counsel, or by mailing same to the offices of said counsel by United States Mail with sufficient postage thereon to carry the same to its destination.

Gregory S. Winton, Esq.
One Research Court, Suite 450
Rockville, MD 20850
Counsel for Plaintiffs

Lydia D. McCaskill
10206 Chase Commons Dr. #105
Burke, VA 22015
Defendant

This 18th day of June, 2010.

Jared S. Wiesner, Esq. (USDC of MD #17217)
HOLLINGSWORTH LLP
1350 I Street NW
Washington, DC 20005
(202) 898-5800

*Attorneys for Defendant Pentagon Federal Credit Union*

*Of Counsel:*

William J. Cople, III, Esq.
Jacqueline J. Chan, Esq.
  HOLLINGSWORTH LLP
  1350 I Street NW
  Washington, DC 20005
  (202) 898-5800

*Attorneys for Defendant Pentagon Federal Credit Union*