# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Lisa Rosenthal, Chief Deputy

Reply to Southern Division Address

February 2, 2011

Circuit Court for Montgomery County
50 Maryland Avenue
Rockville, MD 20850

    RE:    Northern Virginia Foot & Ankle Associates, LLC et al v. Pentagon Federal Credit Union et al
              Civil Action No.: RWT 10 CV 1640
              State Court Case No.: 333725-V

Dear Clerk:

On 1/26/2011, the Honorable Roger W. Titus signed an order remanding the above-entitled case to your Court. Enclosed is a certified copy of the order, together with a certified copy of the docket entries. We have discontinued our previous practice of sending the state court original papers which were filed in this Court. Should you need certified copies of any papers you may contact the Deputy Clerk below.

    Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

    Thank you for your cooperation in this matter.

              Sincerely,

              Felicia C. Cannon, Clerk

        By:      /s/
              C. Martin, Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS _____ DAY OF _____ 20 _____.

- Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**